ATTORNEYS AT LAW

JOHN M. BLUME
DAVID M. FRIED ♦
CAROL L. FORTE ♦
MICHAEL B. ZERRES ♦
JOHN E. MOLINAR I ♦
MITCHELL J. MAKOWICZ, JR. ♦
JEFFREY J. ZENNA ♦
KENNETH W. ELWOOD ♦
HARRIS S. FELDMAN♦
RICHARD J. VILLANOVA ♦
NORBERTO A. GARCIA♦
ROBIN A. DONATO
ALEXA C. SALCITO
CONNOR C. TURPAN
ASHLEY A. SMITH
BRIAN RIEHL
_____
Of Counsel
RONALD P. GOLDFADEN ♦
CYNTHIA M. CRAIG
BRIAN E. MAHONEY

♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

**BLUME FORTE FRIED ZERRES & MOLINARI**

A PROFESSIONAL CORPORATION

ONE MAIN STREET
CHATHAM, NEW JERSEY 07928

WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ 07306
NORTH BERGEN, NJ 07047
SEA GIRT, NJ 08750

February 2, 2021

Honorable District Judge Claire C. Cecchi
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **RE:    Mitarotonda vs. Conagra Brands, et al.**
             **Case No.: 2:20-cv-18084-CCC-ESK**
             **Our File No.: 1800697**

Dear Judge Cecchi:

      This office represents the Plaintiffs in the above referenced matter.  Presently before the court is a dispositive motion filed by defendant Nicholas Segedin's, a motion to dismiss the plaintiff's complaint.  The originally noticed motion day has not previously been extended or adjourned.  Please accept this request for an adjournment under L.Civ.R. 7.1(d)(5).  The motion is currently scheduled for February 16, 2021 and plaintiff respectfully requests the motion be carried March 1, 2021.

      Thank you for Your Honor's kind courtesy and cooperation is greatly appreciated.

                                        Respectfully yours,
                                        */s/Harris S. Feldman*
                                        HARRIS S. FELDMAN

HSF/lp